G. Cassens v. The State.

No. 3971. Decided April 14, 1909.

**Selling Intoxicants to Minor—Appeal from Justice Court—Jurisdiction.**

Where a misdemeanor was tried originally in the justice court and upon conviction appealed to the county court, and upon trial de novo resulted in a conviction and a fine of $25, the latter was a finality and an appeal to this court did not lie. Following Tison v. State, 35 Texas Crim. Rep., 360, and other cases.

Appeal from the County Court of Williamson. Tried below before the Hon. Chas. A. Wilcox.

Appeal from a conviction of selling intoxicating liquors to a minor; penalty, a fine of $25.

The opinion states the case.

No brief on file for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—This case was tried originally in the Justice Court, from a conviction in which an appeal was taken to the County Court. The trial in the latter court resulted in a conviction with a fine of $25, the charge being the sale of intoxicants to a minor.

Motion is made to dismiss the appeal because of the fact that the fine was under one hundred dollars. This being true, the case was a finality in the County Court. Under the law this motion is well taken. See Nelson v. State, 33 Texas Crim. Rep., 379; Tison v. State, 35 Texas Crim. Rep., 360; Mahanay v. State, 60 S. W. Rep., 756.

The motion to dismiss is granted, and the appeal is dismissed.

*Dismissed.*